IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02754-STV

**DERWIN POWELL**, an Individual

    Plaintiff,

**JUSTIN MORENO**, an Individual

    Plaintiff,

**RENE JESUS RAMOS**, an Individual

    Plaintiff,

v. **CLAYTON GROUP HOLDINGS LLC,** a Delaware Corporation

    Defendant.

_____

**ENTRY OF APPEARANCE**

_____

COMES NOW, Richard Masana, of Masana Legal Group, LLC and hereby files his Entry of Appearance on behalf of Plaintiffs Powell, Moreno, and Ramos in the above captioned matter.

Dated this 8th day of December, 2017.

/s/ *Richard E. Masana*
Attorney for Plaintiffs

Masana Legal Group, LLC
3135 W 22nd Ave, #2
Denver, CO 80211
Phone: (720) 450-1973
Fax: (303) 482-5757
rich@masanalegalgroup.com

**CERTIFICATE OF SERVICE**

       I certify that on December 8th, 2017 the foregoing **ENTRY OF APPEARANCE** was e-filed with the court and served via CM-ECF or by First-Class US Mail to the following:

Zachary Steven Westerfield
Logan Ross Martin
Westerfield & Martin, LLC
600 17th Street
South Tower
Suite 2800
Denver, CO 80202

Clayton Group Holdings LLC
1700 Broadway,
Denver, CO 80274

Radian Group, Inc.
1601 Market St.
Philadelphia, PA 19103

/s/ *Richard E Masana*