IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02754-STV

**DERWIN POWELL**, an individual
**JUSTIN MORENO**, an individual
**JESUS RAMOS**, an individual

    Plaintiff(s),

v.

**CLAYTON GROUP HOLDINGS., INC**. a Delaware corporation, and

    Defendant(s).

---

## MOTION TO CONTINUE INITIAL STATUS CONFERENCE AND DEFER RETURN OF MAGISTRATE JUDGE CONSENT FORM

---

    Plaintiffs, Derwin Powell, Justin Moreno, and Jesus Ramos, through undersigned counsel, submit the following Motion to Continue Initial Status Conference:

1. Plaintiffs, by and through their undersigned counsel, and pursuant to D.C. Colo. L. Civ. R. 6.1(a), respectfully submit this Motion for Continuance of the Initial Scheduling Conference, currently scheduled before Magistrate Judge Scott T. Varholak on January 18th, 2018 at 9:00 A.M.

2. Plaintiffs filed this Complaint on November 17th, 2017.

3. Plaintiffs have contacted the Defendant in good faith and sought to obtain waiver of service.

4. The Defendant has not yet responded as of the date of this filing as no counsel for the Defendant has filed a notice of appearance and Defendants have yet to file an Answer in this action.

5. Thus, prior to the filing of this motion, pursuant to D. C. Colo. L. Civ. R. 7.1, counsel for the Plaintiff was unable to confer with the Defendant and unable to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and D. C. Colo. L. Civ. R. 16.1 and 26.1 (a).

6. Since neither the Defendant nor their counsel have or reached out to Plaintiffs' counsel, Plaintiffs respectfully request this hearing be continued *sine die*.

7. If Defendants do not waive service, Plaintiffs will arrange for process service and hope to be able to communicate with the Defendant shortly thereafter.

### Magistrate Judge Consent Form

8. The magistrate consent form was due on January 4th, 2018.

9. Because counsel for Defendants have not yet entered an appearance, Plaintiff has been as yet unable to confer regarding magistrate jurisdiction.

WHEREFORE, Plaintiffs respectfully request that the Scheduling Conference currently scheduled before Magistrate Judge Scott T. Varholak on January 18th, 2018 at 9:00 A.M. be adjourned *sine die*. Plaintiffs also request additional time to complete the Magistrate Judge Consent Form.

Dated: January 12, 2018

/s/ *Richard E. Masana*
Attorney for Plaintiffs
Masana Legal Group, LLC
3135 W 22nd Ave, #2
Denver, CO 80211
Phone: (720) 450-1973
Fax: (303) 482-5757
rich@masanalegalgroup.com

### CERTIFICATE OF SERVICE

I certify that on January 12th, 2018 the foregoing **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE** was e-filed with the court and served via CM-ECF or by First-Class US Mail to the following:

Zachary Steven Westerfield
Logan Ross Martin
Westerfield & Martin, LLC
600 17th Street
South Tower
Suite 2800
Denver, CO 80202

Clayton Group Holdings LLC
1700 Broadway,
Denver, CO 80274

Radian Group, Inc.
1601 Market St.
Philadelphia, PA 19103

/s/ *Richard E Masana*