IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02754-STV

Powell, et al

    Plaintiffs,

v.

Clayton Group Holdings, LLC

    Defendant.
_____

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**
_____

Under 28 U.S.C. § 636(c) and

(1)     D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)     Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)     D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

\_\_\_*X*\_\_\_\_ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| _Richard E Masana_ | Plantiffs Powell, Moreno and Ramos | 2/19/2018 |

Print name <u>Richard E Masana</u>

_____   _____   _____

_____   _____   _____

Print name_____

_____   _____   _____

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

Respectfully submitted this 19th day of February, 2018.

*s/ Richard E Masana*

Masana Legal Group
3135 W 22nd Ave, Unit 2
Denver, CO 80211
Phone: (720) 450-1973

E-mail: rich@masanalegalgroup.com

*Attorney for Plaintiffs Powell, et al*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 19th day of November, 2018, a true and correct copy of the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** was filed via the CM/ECF system and was served upon the following:

Zachary S. Westerfield, Esq.
Logan R. Martin, Esq.
Westerfield & Martin, LLC
600 17th St, South Tower, Suite 2800
Denver, CO  80202

zach@westerfieldlaw.com
logan@westerfieldlaw.com


                                          *s/ Richard E.Masana*
                                          *Richard E. Masana*