IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02754-STV

DERWIN POWELL,
JUSTIN MORENO, and
RENE JESUS RAMOS,

      Plaintiffs,

v.

CLAYTON GROUP HOLDINGS, INC.,

      Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Clayton Group Holdings, Inc. states that its parent corporation is Radian Group, Inc., which is a publicly traded company.

Respectfully submitted this 27th day of February, 2018.

      FISHER & PHILLIPS LLP

      By: *s/ Darin Mackender*
      Darin Mackender
      1801 California Street, Suite 2700
      Denver, CO 80202
      Telephone: (303) 218-3650
      Facsimile: (303) 218-3651
      dmackender@fisherphillips.com
      Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 27th day of February, 2018, a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** was served via CM/ECF on the following:

Zachary S. Westerfield
Logan R. Martin
Westerfield & Martin, LLC
600 17th Street, Suite 2800 S. Tower
Denver, CO 80202
zach@westerfieldlaw.com
logan@westerfieldlaw.com

Richard Masana
Masana Legal Group, LLC
3135 W. 22nd Ave., #2
Denver, CO 80211
rich@masanalegalgroup.com

*s/ Casey Kite*
Casey Kite