# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02754-STV

DERWIN POWELL,
JUSTIN MORENO, and
RENE JESUS RAMOS,

    Plaintiffs,

v.

CLAYTON GROUP HOLDINGS, INC.,

    Defendant.

## DEFENDANT'S NOTICE OF RELATED CASES

Pursuant to D.C.Colo.L.Civ.R 3.2, Defendant Clayton Group Holdings, Inc. notifies the Court that, to its knowledge, there are no other cases pending in this or any other federal, state, or foreign jurisdiction that are related to this case.

Respectfully submitted this 27th day of February, 2018.

    FISHER & PHILLIPS LLP

    By: *s/ Darin Mackender*
    Darin Mackender
    1801 California Street, Suite 2700
    Denver, CO 80202
    Telephone: (303) 218-3650
    Facsimile: (303) 218-3651
    dmackender@fisherphillips.com
    Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 27th day of February, 2018, a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF RELATED CASES** was served via CM/ECF on the following:

Zachary S. Westerfield
Logan R. Martin
Westerfield & Martin, LLC
600 17th Street, Suite 2800 S. Tower
Denver, CO 80202
zach@westerfieldlaw.com
logan@westerfieldlaw.com

Richard Masana
Masana Legal Group, LLC
3135 W. 22nd Ave., #2
Denver, CO 80211
rich@masanalegalgroup.com

*s/ Casey Kite*
Casey Kite