# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02754-RM-STV

**DERWIN POWELL**, an individual
**JUSTIN MORENO**, an individual
**JESUS RAMOS**, an individual

    Plaintiff(s),

v.

**CLAYTON GROUP HOLDINGS., INC**. a Delaware corporation, and

    Defendant(s).

---

## UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE

---

Plaintiffs, Derwin Powell, Justin Moreno, and Jesus Ramos, through undersigned counsel, submit the following Unopposed Motion to Continue Scheduling Conference:

1. Pursuant to D. C. Colo. L. Civ. R. 7.1, counsel conferred with Defendant's counsel regarding this motion. It is **unopposed.**

2. This case is currently set for a Fed. R. Civ. P. 16 Scheduling Conference on Tuesday, March 6, 2018 at 9:30 AM in Courtroom C203.

3. Undersigned counsel is currently set for a three-day state-court jury trial in Denver District Court, Case No. 16-CV-34085. This creates a conflict which would make attendance at the existing scheduling conference impossible.

4. Counsel apologizes to the Court for the short notice; the state-court trial was not initially set to conflict with the existing scheduling conference date. Indeed, it was expected to run February 26-28, 2018. However, it was continued very recently by the Court.

5. The parties have completed the Fed. R. Civ. P. 26(f) conference and exchanged a draft proposed scheduling order. The requested continuance would allow the parties additional time to prepare the same for the Court's consideration.

6. WHEREFORE Plaintiffs respectfully request that the Court VACATE and RESET the scheduling conference set for March 6, 2018 at 9:30 AM in Courtroom C203.

Dated: November 17, 2017

/s/ Logan R. Martin

Zachary S. Westerfield
Logan R. Martin
Westerfield & Martin, LLC
600 17th St. Ste. 2800 S. Tower
Denver, CO 80202
Ph: 303.748.3444
Email: zach@westerfieldlaw.com
logan@westerfieldlaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on March 2, 2018 the foregoing **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE** was e-filed with the court and served via CM-ECF or by First-Class US Mail to the following:

Darin Mackender
Fisher & Phillips LLP
1801 California St, Suite 2700
Denver, CO 80202
(303) 218-3650
dmackender@fisherphillips.com
*Counsel for Defendant*

/s/ Logan R. Martin