# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02754-STV-RPM

DERWIN POWELL,
JUSTIN MORENO, and
RENE JESUS RAMOS,

    Plaintiffs,

v.

CLAYTON GROUP HOLDINGS, INC.,

    Defendant.

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant Clayton Group Holdings, Inc. and Plaintiffs Derwin Powell, Justin Moreno, and Rene Jesus Ramos move the Court for entry of the attached Protective Order. In support of this motion, the parties state as follows:

1. The parties have negotiated and agreed to a Protective Order, a copy which is attached to this motion as **Exhibit A.**

2. The proposed Protective Order sets forth certain procedures to preserve the confidentiality of information and documents that may be the subject of discovery in this action

WHEREFORE, for the reasons above stated, the parties respectfully request this Court enter the attached Protective Order.

Dated this 19th day of March, 2018.

Respectfully submitted,

FISHER & PHILLIPS LLP

By: *s/ Darin Mackender*

Darin Mackender
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
dmackender@fisherphillips.com

**ATTORNEYS FOR DEFENDANT**

WESTERFIELD & MARTIN, LLC

By: *s/ Logan Martin*

Logan Martin
600 17th Street
Suite 2800 South Tower
Denver, CO 80202
Telephone: (303) 915-5002
Facsimile: (303) 260-6401
logan@westerfieldlaw.com

**ATTORNEYS FOR PLAINTIFFS**