IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

Courtroom Deputy: Monique Ortiz   FTR - Reporter Deck - Courtroom C203
Date: March 22, 2018   Byron G. Rogers United States Courthouse

Civil Action No. 17-cv-02754-RM-STV

*Parties*:   *Counsel*:

DERWIN POWELL   Richard Emil Masana
JUSTIN MORENO, and   Logan Ross Mart
RENE JESUS RAMOS

    Plaintiff,

v.

CLAYTON GROUP HOLDINGS LLC   Darin L. Mackender

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 9:02 a.m.**
Court calls case. Appearance of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **May 7, 2018**

Discovery Cut-off: **October 17, 2018**

Dispositive Motions Deadline: **November 19, 2018**

Parties shall designate affirmative experts **on or before July 17, 2018.**

Parties shall designate rebuttal experts **on or before August 31, 2018.**

Each side shall be limited to **one (1)** expert witness, plus rebuttal experts, absent further leave of court.

Each side shall be limited to **eight (8)** depositions, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty (20)** requests for admissions, plus **thirty (30)** as to authenticity, absent further leave of Court.

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2365, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **January 9, 2019 at 9:30 a.m.** before Magistrate Judge Scott T. Varholak. If the parties don't have any disputes, they may appear telephonically. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission). In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2365) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:** A **Trial Preparation Conference and Trial** will be set at a future date before the Honorable Raymond P. Moore.
The parties anticipate a day trial to the Court/a jury.

Court advises counsel to review Judge Moore's practice standards with counsel.

Court advises counsel to review his practice standards especially with regard to resolving discovery disputes. Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

- Scheduling Order is signed and entered with interlineations on March 22, 2018.

HEARING CONCLUDED.
**Court in recess: 9:08 a.m.**
Total In-Court Time: 00:06

To order a transcript of this proceeding, contact Patterson Transcription Company at (303) 755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534