IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02754-RM-SKC

DERWIN POWELL,
JUSTIN MORENO, and
RENE JESUS RAMOS,

    Plaintiffs,

v.

CLAYTON GROUP HOLDINGS, INC.,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Pursuant to D.C.COLO.LCivR 6.1, Defendant Clayton Group Holdings, Inc. ("Defendant") moves for two-week extension of time, to and including October 15, 2018, to respond to Plaintiffs' first set of written discovery. In support thereof, Defendant states as follows:

1. <u>Certificate of Compliance with D.C.COLO.LCivR 7.1</u>. Defendant's counsel certifies that he has discussed this motion with Plaintiffs' counsel, who has no objection to the relief requested.

2. Plaintiffs served their first set of written discovery on Defendant on August 31, 2018. Defendant's responses are due on or before October 1, 2018.

3. Plaintiffs' written discovery requests extensive information regarding Plaintiffs' employment with Defendant; other employees' employment with Defendant; Defendant's employment policies, procedures, and practices; and Defendant's business policies, procedures and practices. Defendant has been working diligently to gather the information and documents

necessary to respond to Plaintiffs' written discovery, but due to the scope of the requests, requires additional time to prepare its responses. Defendant expects that it will be able to respond on or before October 15, 2018.

4. For the reasons stated above, Defendant has good cause for requesting an extension of time to respond to Plaintiffs' written discovery.

5. The requested extension of time will not prejudice any party or impact any other deadline in this matter.

6. This is the first extension of time requested or obtained by Defendant to respond to Plaintiffs' written discovery.

7. Defendant's counsel certifies that he has served a copy of this motion upon his client by electronic mail.

WHEREFORE, for the reasons stated above, Defendant moves for a two-week extension of time, to and including October 15, 2018, to respond to Plaintiffs' first set of written discovery.

Respectfully submitted this 28th day of September, 2018.

FISHER & PHILLIPS LLP


By: *s/ Darin Mackender*
Darin Mackender
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
dmackender@fisherphillips.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 28th day of September, 2018, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO RESPOND TO DISCOVERY** was served via CM/ECF on the following:


Zachary S. Westerfield
Logan R. Martin
Westerfield & Martin, LLC
600 17th Street, Suite 2800 S. Tower
Denver, CO 80202
zach@westerfieldlaw.com
logan@westerfieldlaw.com

Richard Masana
Masana Legal Group, LLC
3135 W. 22nd Ave., #2
Denver, CO 80211
rich@masanalegalgroup.com


*s/ Casey Kite*
Casey Kite